Megan O'Neill (SBN 220147)
moneill@dtolaw.com
DTO LAW
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (415) 630-4100
Facsimile: (415) 630-4105

T. Jean Mooney (SBN 211747)
jmooney@dtolaw.com
DTO LAW
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

William D. Irvine Jr. (*Pro Hac Vice Forthcoming*)
wirvine@dtolaw.com
DTO LAW
307 5th Avenue, 12th Floor
New York, New York 10016
Telephone: (646) 995-5400
Facsimile: (213) 335-7802

Attorneys for Defendant
US HEALTH & WELLBEING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US HEALTH & WELLBEING, LLC,<br><br>Defendant. | Case No. 1:26-cv-08829-JLT-EGC<br><br>**JOINT STIPULATION AND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>(Doc. 4) |

Pursuant to Local Rules 143 and 144, Plaintiff Alan Ramirez ("Plaintiff") and Defendant US Health & Wellbeing, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint for Damages ("Complaint") on October 26, 2026 (Dkt. No. 1);

WHEREAS, Plaintiff served the Complaint on Defendant on October 30, 2026;

WHEREAS, absent an extension, Defendant's response to the Complaint is currently due on November 20, 2026;

WHEREAS, Defendant requires additional time to prepare a response to the Complaint;

WHEREAS, the parties have agreed that Defendant's deadline to answer or otherwise respond to the Complaint should be continued up to and including January 8, 2027;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by court order; and

WHEREAS, this is the parties' first request to extend Defendant's deadline to answer or otherwise respond to the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, upon approval of the Court, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by January 8, 2027. Nothing in this Stipulation shall be construed as a waiver of any of Defendant's rights, defenses, or arguments it would otherwise have, including without limitation lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

Dated: November 13, 2026 DTO LAW

By: */s/ Megan O'Neill*
Megan O'Neill

Attorneys for Defendant
US HEALTH & WELLBEING, LLC

Dated: November 13, 2026

KUZYK LAW, LLP

By: */s/ Michael D. Braun (as authorized on 11/13/26)*
Michael D. Braun

Attorneys for Plaintiff
ALAN RAMIREZ

**ORDER**

The stipulation and unopposed motion is hereby GRANTED. (Doc. 4). Defendant shall have up to and including January 7, 2027 to file their respective responses to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: **November 16, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE